## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

RYAN K. ROZAK,

JUDGMENT IN A CIVIL CASE

Plaintiff,

15-cv-207-jdp

v.

RANDALL HEPP, GEORGE COOPER,
MARK SCHOMISCH, HOLLY MEIER,
MR. PAUH, and MR. OTTO,

Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Ryan K. Rozak leave to proceed and dismissing his claims against Mark Schomisch and Holly Meier; and

(2) granting summary judgment in favor of Randall Hepp, George Cooper, Mr. Pauh and Mr. Otto for plaintiff's failure to exhaust his administrative remedies and dismissing this case without prejudice.

/s/                                                    4/25/2017

Peter Oppeneer, Clerk of Court                    Date